UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61893-CIV-ALTMAN/Hunt

**KEVIN LUIS GOMEZ**,

    Plaintiff,

v.

**IFIXANDREPAIR, LLC**,

    Defendant.

_____/

## ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Notice of Settlement [ECF No. 4]. The Plaintiff represents to the Court that this matter has been resolved by settlement. The Court, having carefully reviewed the file, and being fully advised, hereby

**ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of August 2019.

                                                             _____
                                                             **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record