UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61893-CIV-ALTMAN/Hunt

**KEVIN LUIS GOMEZ**,

   Plaintiff,

v.

**IFIXANDREPAIR, LLC**,

   Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon the parties' Notice of Dismissal with Prejudice, filed on August 20, 2019 ("Notice") [ECF No. 6]. The Court closed this case after the parties filed a Notice of Settlement on August 7, 2019 [ECF No. 5]. The parties now seek a voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As a result, the parties' voluntary dismissal with prejudice is self-executing.

The Court hereby **ORDERS** that the above-styled case be **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record